UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NICOLE TRIZIA SALONDRO ESPLANA,
CHRISTIAN GABRIEL GAERLAN LEE, and
NIKKI ELLINE GERVACIO SEBASTIAN,
individually and on behalf of all others similarly
situated,

                       Plaintiffs,

      -against-

PRIME LEADERS HEALTH SERVICES, INC.
and GEORGE F. TAWDROS,

                      Defendants.
-----------------------------------------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

1:24 Civ. 6181 (ENV) (SJB)

      Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Nicole Trizia Salondro Esplana, Christian Gabriel Gaerlan Lee, and Nikki Elline Gervacio Sebastian, by their undersigned attorneys, hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice against defendants Prime Leaders Health Services, Inc. and George F. Tawdros.

Dated: New York, New York
       October 28, 2024

THE HOWLEY LAW FIRM P.C.

By:   /s John J.P. Howley
          John J.P. Howley
*Attorneys for Plaintiffs*
1345 Avenue of the Americas, 2nd Floor
New York, New York 10105
(212) 601-2728

**Application Granted**
**SO ORDERED**
Brooklyn, New York
Dated: 10/30/2024

/s/ Eric N. Vitaliano
Eric N. Vitaliano
United States District Judge

The Clerk of Court is directed to close this case.